| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Shane Russell Knapp** <br> First Name　Middle Name　Last Name | Social Security number or ITIN　xxx–xx–2202 <br> EIN　_ _ – _ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Tiffany Marie Giger** <br> First Name　Middle Name　Last Name | Social Security number or ITIN　xxx–xx–0112 <br> EIN　_ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court　**District of Utah** | | |
| Case number:　**24–22399　PH**　　　Chapter 7 | | Petition date: 5/18/24 |

# Order of Discharge　　　　　　　　　　　　　　　　　　　　　　　　　　　12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Shane Russell Knapp　　　　　　　　　　　　　　Tiffany Marie Giger

9/19/24　　　　　　　　　　　　　　　　　　　　**By the court:** Peggy Hunt
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of Utah

In re:  Case No. 24-22399-PH
Shane Russell Knapp  Chapter 7
Tiffany Marie Giger
  Debtors

# CERTIFICATE OF NOTICE

District/off: 1088-2 | User: admin | Page 1 of 2
Date Rcvd: Sep 19, 2024 | Form ID: 318 | Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Shane Russell Knapp, Tiffany Marie Giger, 810 E Sandia Hills Dr #1205, Sandy, UT 84094-2829 |
| 12435301 | #+ | Prime Acceptance Corp, Attn: Bankruptcy, Po Box 768, Sandy, UT 84091-0768 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QPGJONES | Sep 20 2024 03:00:00 | Philip G. Jones tr, 1215 South Main Street, Orem, UT 84058-6849 |
| 12448090 | | EDI: ATLASACQU | Sep 20 2024 03:00:00 | Atlas Acquisitions LLC, on behalf of UHG I LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 12435293 | + | Email/Text: bevans@cdresource.com | Sep 19 2024 23:03:00 | CDI Affiliated Service, Attn: Banktruptcy, Po Box 4068, Boise, ID 83711-4068 |
| 12435294 | + | EDI: CCS.COM | Sep 20 2024 03:00:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 12435295 | + | Email/Text: bankruptcynotices@current.com | Sep 19 2024 23:03:00 | Current, Attn: Bankruptcy, 217 Centre St #180,, New York, NY 10013-3624 |
| 12435296 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 19 2024 23:03:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 12435297 | | Email/Text: ben.meyer@gcu.edu | Sep 19 2024 23:03:00 | Grand Canyon University, Attn: Bankruptcy, Po Box 11097, Phoenix, AZ 85061 |
| 12435298 | + | Email/Text: srcu-r7bankruptcy@dhw.idaho.gov | Sep 19 2024 23:03:00 | Idaho Department of Health & Welfare, Attn: Bankruptcy, 450 W State St, Boise, ID 83702-6056 |
| 12435299 | + | EDI: IRS.COM | Sep 20 2024 03:00:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 12435300 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 19 2024 23:09:46 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 12435302 | + | Email/Text: ngisupport@radiusgs.com | Sep 19 2024 23:03:00 | Radius Global Solution, 7831 Glenroy Road, Edina, MN 55439-3117 |
| 12435303 | | Email/Text: bankruptcy@springoakscapital.com | Sep 19 2024 23:03:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 12435304 | + | Email/Text: ebn@recoupasset.com | Sep 19 2024 23:03:00 | Timberline Financial I, 369 E State Rd, Pleasant Grove, UT 84062-3616 |
| 12441267 | | Email/Text: bankruptcydepartment@unifyfcu.com | Sep 19 2024 23:03:00 | UNIFY Financial Federal Credit Union, PO Box |

Case 24-22399   Doc 36   Filed 09/21/24   Entered 09/21/24 22:22:05   Desc Imaged
Certificate of Notice   Page 4 of 4

| District/off: 1088-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 19, 2024 | Form ID: 318 | Total Noticed: 18 |

| 12435305 | Email/Text: bankruptcydepartment@unifyfcu.com | Sep 19 2024 23:03:00 | Unify Financial Credit Union, Attn: Bankruptcy, Po Box 10018, Manhattan Beach, CA 90267 |
| 12435306 | + EDI: UTAHTAXCOMM.COM | Sep 20 2024 03:00:00 | Utah State Tax Commission, 210 North 1950 West, Salt Lake City, UT 84134-9000 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 21, 2024                    Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jarred A. Henline | on behalf of Joint Debtor Tiffany Marie Giger jarred@henline-law.com henlinelaw@gmail.com;henlinejr75061@notify.bestcase.com |
| Jarred A. Henline | on behalf of Debtor Shane Russell Knapp jarred@henline-law.com henlinelaw@gmail.com;henlinejr75061@notify.bestcase.com |
| Philip G. Jones tr | trustee@theo7.com PJones2@ecf.axosfs.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

TOTAL: 4