Jarred A. Henline (12550)
**HENLINE LAW**
770 E. Main St., #348
Lehi, Utah 84043
Telephone: (801) 200-3553
jarred@henlinelaw.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH**

| In re:<br><br>SHANE RUSSELL KNAPP and<br>TIFFANY MARIE GIGER,<br><br>Debtor. | Case No. 24-22399<br>Chapter 7<br><br>Judge Peggy Hunt |
|---|---|

**NOTICE OF DEBTORS' MOTION TO REOPEN CASE
AND NOTICE OF OPPORTUNITY FOR HEARING**

**(Objection Deadline: October 25, 2024)**

**PLEASE TAKE NOTICE** that the Debtor has filed a MOTION TO REOPEN CASE which has been attached hereto.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this case.  (If you do not have an attorney, you may wish to consult with one).**

NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE COURT ON OR BEFORE THE OBJECTION DEADLINE SET FORTH BELOW.

If you do not want the Court to grant the relief requested in the motion then you or your

attorney must:

1. On or before **October 25, 2024**, file with the Court a written Objection explaining your position at:

> United States Bankruptcy Court
> 350 South Main Street, Room 301
> Salt Lake City, Utah 84101

If you mail your objection to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the objection deadline. You must also serve a copy of your response upon the following via ECF or U.S. Mail:

> Jarred A. Henline,
> 770 E. Main St., #348
> Lehi, Utah 84043

2. Attend a hearing on **November 6, 2024 at 10:30 a.m.,** before the Honorable Peggy Hunt. The hearing will be a zoom hearing. The parties who wish to participate in the hearing should consult the Bankruptcy Court's website at https://www.utb.uscourts.gov/video for the most up-to-date information regarding zoom participation at a hearing.

At the time of this Notice, parties wishing to participate in hearings should log into the number below at least ten (10) minutes before the scheduled date and time for the hearing:

| Judge | Meeting ID | Passcode |
|---|---|---|
| Judge Marker | 16154788875 | 3834658 |
| Judge Anderson | 160 3007 6397 | 6001201 |
| Judge Hunt | 161 4747 8650 | 9671833 |
| Judge Thurman | 160 7523 8590 | 9626637 |

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the objection and may enter an order granting that relief. In the absence of a timely filed objection, the undersigned counsel will ask the Court to enter an order approving the Motion without hearing.

DATED this 30th day of September, 2024

**HENLINE LAW**

/s/ JARRED HENLINE
_____
Jarred A. Henline
*Attorney for the Debtor*

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September, 2024, I filed the foregoing document along with the MOTION TO REOPEN CASE electronically through the CM/ECF system, which caused the following parties and/or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Chapter 7 Trustee

Further, I hereby certify that on this 30th day of September, 2024, I mailed via certified first class mail a copy of the foregoing document along with the Motion to Incur Debt to the following:

All creditors on the creditor matrix as of the 30th day of September, 2024.

/s/ JARRED HENLINE
_____
Employee of Henline Law

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1088-2<br>Case 24-22399<br>District of Utah<br>Salt Lake City<br>Mon Sep 30 13:28:25 MDT 2024 | (p)ATLAS ACQUISITIONS LCS<br>492C CEDAR LANE SUITE 442<br>TEANECK NJ 07666-1713 | CDI Affiliated Service<br>Attn: Bankruptcy<br>Po Box 4068<br>Boise, ID 83711-4068 |
| Credit Collection Services<br>Attn: Bankruptcy<br>725 Canton St<br>Norwood, MA 02062-2679 | Current<br>Attn: Bankruptcy<br>217 Centre St #180,<br>New York, NY 10013-3624 | Dept Of Education/neln<br>Po Box 82561<br>Lincoln, NE 68501-2561 |
| Tiffany Marie Giger<br>810 E Sandia Hills Dr #1205<br>Sandy, UT 84094-2829 | (p)GRAND CANYON UNIVERSITY<br>ATTN ATTN OFC OF GENERAL COUNSEL<br>PO BOX 11097<br>PHOENIX AZ 85061-1097 | Jarred A. Henline<br>Henline Law<br>770 E Main Street #348<br>Lehi, UT 84043-2293 |
| Idaho Department of Health & Welfare<br>Attn: Bankruptcy<br>450 W State St<br>Boise, ID 83702-6056 | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Philip G. Jones tr<br>1215 South Main Street<br>Orem, UT 84058-6849 |
| Shane Russell Knapp<br>810 E Sandia Hills Dr #1205<br>Sandy, UT 84094-2829 | Lvnv Funding/Resurgent Capital<br>Attn: Bankruptcy<br>Po Box 10497<br>Greenville, SC 29603-0497 | Prime Acceptance Corp<br>Attn: Bankruptcy<br>Po Box 768<br>Sandy, UT 84091-0768 |
| Radius Global Solution<br>7831 Glenroy Road<br>Edina, MN 55439-3117 | (p)SPRING OAKS CAPITAL  LLC<br>1400 CROSSWAYS BLVD STE 100B<br>CHESAPEAKE VA 23320-0207 | Timberline Financial I<br>369 E State Rd<br>Pleasant Grove, UT 84062-3616 |
| (p)UNIFY FINANCIAL FEDERAL CREDIT UNION<br>PO BOX 10018<br>MANHATTAN BEACH CA 90267-7518 | United States Trustee<br>Washington Federal Bank Bldg.<br>405 South Main Street<br>Suite 300<br>Salt Lake City, UT 84111-3402 | Utah State Tax Commission<br>210 North 1950 West<br>Salt Lake City, UT 84134-9000 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Atlas Acquisitions LLC<br>on behalf of UHG I LLC<br>492C Cedar Lane, Ste 442<br>Teaneck, NJ 07666 | Grand Canyon University<br>Attn: Bankruptcy<br>Po Box 11097<br>Phoenix, AZ 85061 | Spring Oaks Capital, Llc<br>Attn: Bankruptcy<br>P.O. Box 1216<br>Chesapeake, VA 23327 |
| UNIFY Financial Federal Credit Union<br>PO Box 10018<br>Manhattan Beach, CA 90267 | (d)Unify Financial Credit Union<br>Attn: Bankruptcy<br>Po Box 10018<br>Manhattan Beach, CA 90267 | End of Label Matrix<br>Mailable recipients    20<br>Bypassed recipients     0<br>Total                  20 |