Jarred A. Henline (12550)
**HENLINE LAW**
770 E. Main St., #348
Lehi, Utah 84043
Telephone: (801) 200-3553
jarred@henlinelaw.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>SHANE RUSSELL KNAPP and<br>TIFFANY MARIE GIGER,<br><br>Debtor. | Case No. 24-22399<br>Chapter 7<br><br>Judge Peggy Hunt |

**NOTICE OF MOTION TO REDEEM**
**AND NOTICE OF OPPORTUNITY FOR HEARING**

**(Objection Deadline:  December 11, 2024)**

**PLEASE TAKE NOTICE** that the Debtor has filed a MOTION TO AUTHORIZE REDEMPTION OF PERSONAL PROPERTY which has been attached hereto.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this case.  (If you do not have an attorney, you may wish to consult with one).**

NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE COURT ON OR BEFORE THE OBJECTION DEADLINE SET FORTH BELOW.

If you do not want the Court to grant the relief requested in the motion then you or your

attorney must:

1. On or before **December 11, 2024**, file with the Court a written Objection explaining your position at:

> United States Bankruptcy Court
> 350 South Main Street, Room 301
> Salt Lake City, Utah 84101

If you mail your objection to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the objection deadline. You must also serve a copy of your response upon the following via ECF or U.S. Mail:

> Jarred A. Henline,
> 770 E. Main St., #348
> Lehi, Utah 84043

2. Attend a hearing on **December 18, 2024 at 10:30 a.m.,** before the Honorable Peggy Hunt. The hearing will be a zoom hearing. The parties who wish to participate in the hearing should consult the Bankruptcy Court's website at https://www.utb.uscourts.gov/video for the most up-to-date information regarding zoom participation at a hearing.

At the time of this Notice, parties wishing to participate in hearings should log into the number below at least ten (10) minutes before the scheduled date and time for the hearing:

| Judge | Meeting ID | Passcode |
|---|---|---|
| Judge Marker | 16154788875 | 3834658 |
| Judge Anderson | 160 3007 6397 | 6001201 |
| Judge Hunt | 161 4747 8650 | 9671833 |
| Judge Thurman | 160 7523 8590 | 9626637 |

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the objection and may enter an order granting that relief. In the absence of a timely filed objection, the undersigned counsel will ask the Court to enter an order approving the Motion without hearing.

DATED this 19th day of November, 2024

**HENLINE LAW**

/s/ JARRED HENLINE

_____

Jarred A. Henline
*Attorney for the Debtor*

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of November, 2024, I filed the foregoing document along with the MOTION TO AUTHORIZE REDEMPTION OF PERSONAL PROPERTY electronically through the CM/ECF system, which caused the following parties and/or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Chapter 7 Trustee

United States Trustee

Further, I hereby certify that on this 19th day of November, 2024, I mailed via certified first class mail a copy of the foregoing document along with the Motion to Authorize Redemption of Personal Property to the following:

| Registered Agent Address: | Known Mailing Address: |
|---|---|
| Titanium Funds LLC. | Titanium Funds LLC |
| c/o Jarom Miller | 3081 State St 2nd floor |
| 3081 S State St. | Salt Lake City, UT 84115 |
| South Salt Lake, UT 84115 | |

/s/ JARRED HENLINE

_____

Employee of Henline Law