**This order is SIGNED.**

**Dated: December 18, 2024**

PEGGY HUNT
U.S. Bankruptcy Judge



aep

Jarred A. Henline (12550)
HENLINE LAW
770 E. Main St., #348
Lehi, Utah 84043
Telephone: (801) 200-3553
jarred@henlinelaw.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

| In re:<br><br>SHANE RUSSELL KNAPP and<br>TIFFANY MARIE GIGER,<br><br>Debtor. | Case No. 24-22399<br>Chapter 7<br><br>Judge Peggy Hunt |
|---|---|

## ORDER AUTHORIZING
## REDEMPTION OF PERSONAL PROPERTY

    The Debtors filed their Motion to Authorize Redemption of Personal Property and Award of Attorney Fees pursuant to 11 U.S.C. § 722 and Federal Rule of Bankruptcy Procedure 6008 on November 19, 2024. Debtor provided sufficient notice of the hearing on this matter scheduled for December 18, 2024 at 10:30 am. The Court, having reviewed the pleadings on file and being fully advised and good cause appearing, hereby finds as follows:

1. Debtors own a 2015 Chrysler 200 Sedan 4D Limited 2.4L I4 (VIN 1C3CCCAB0FN660884) (the "Chrysler").

2. The Chrysler is tangible personal property intended primarily for personal, family or household use.

3. The interest of the Debtors in the Chrysler is exempt or has been abandoned by the estate.

4. The Chrysler secures a debt owed to Titanium Funds LLC (the "Creditor"), which is a dischargeable consumer debt.

5. The value of the secured claim of the Creditor, for purposes of redemption, is $5,141.00.

**IT IS HEREBY ORDERED**,

1. Debtors' Motion to Redeem personal property is granted;

2. That Debtors may redeem the subject property by paying the redemption amount to the Creditor on or before the thirtieth (30th) day following entry of this Order;

3. Upon timely receipt of payment of the redemption amount, the Creditor is ordered to cancel its lien of record and surrender the certificate of title to the Chrysler in accord with the Debtor's instruction.

4. The Creditor shall cancel its lien within seven (7) days after payment of the aforesaid lump sum redemption amount pursuant to the entry of this Order.

*****End of Document*****

MAILING CERTIFICATE

Under penalty of perjury, I hereby certify that on _____, I caused to be delivered electronically via ECF and/or mailed postage prepaid a true and correct copy of the **ORDER AUTHORIZING REDEMPTION OF PERSONAL PROPERTY** to the following:

Jarred Henline
via ECF

Office of the U.S. Trustee
via ECF

Titanium Funds LLC.
c/o Jarom Miller
3081 S State St.
South Salt Lake, UT 84115
via US Mail

SHANE and TIFFANY GIGER
via US Mail

_____
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of Utah

In re:     Case No. 24-22399-PH
Shane Russell Knapp     Chapter 7
Tiffany Marie Giger
    Debtors

# CERTIFICATE OF NOTICE

District/off: 1088-2    User: admin    Page 1 of 2
Date Rcvd: Dec 18, 2024    Form ID: pdfor1    Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Shane Russell Knapp, Tiffany Marie Giger, 810 E Sandia Hills Dr #1205, Sandy, UT 84094-2829 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: bknotices@lac77.com | Dec 18 2024 23:46:00 | Titanium Funds LLC., c/o Jarom Miller, 3081 S State St, South Salt Lake, UT 84115-3832 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 20, 2024     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jarred A. Henline | on behalf of Joint Debtor Tiffany Marie Giger jarred@henline-law.com henlinelaw@gmail.com;henlinejr75061@notify.bestcase.com |
| Jarred A. Henline | on behalf of Debtor Shane Russell Knapp jarred@henline-law.com henlinelaw@gmail.com;henlinejr75061@notify.bestcase.com |
| Philip G. Jones tr | trustee@theo7.com PJones2@ecf.axosfs.com |

District/off: 1088-2 | User: admin | Page 2 of 2
Date Rcvd: Dec 18, 2024 | Form ID: pdfor1 | Total Noticed: 2

United States Trustee
                USTPRegion19.SK.ECF@usdoj.gov

TOTAL: 4